**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

**April 6, 2012**

CASE NUMBER:  CV 12-00504 NC
CASE TITLE:  NATHALIE THOMPSON-v-DIVERSIFIED COLLECTION

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Yvonne Gonzalez Rogers** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **YGR** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/6/12

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    ____*Richard W. Wieking*____
                                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                      Special Projects
Log Book Noted                                              Entered in Computer 4/6/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                     Transferor CSA