G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
NATHALIE THOMPSON

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
August 31, 2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: C-12-00504-YGR<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

DATED: August 28, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
　　G. Thomas Martin, III
　　Attorney for Plaintiff

- 1 -

NOTICE OF SETTLEMENT