G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
NATHALIE THOMPSON

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

August 31, 2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHALIE THOMPSON,

      Plaintiff,

  vs.

DIVERSIFIED COLLECTION
SERVICES, INC.;  DOES 1 to 10,
inclusive,

     Defendants.

Case No.:  C-12-00504-YGR

**NOTICE OF SETTLEMENT**

    **PLEASE TAKE NOTICE** that this matter has been settled in its entirety.  It is respectfully requested that all pending hearings be taken off calendar.

  DATED:  August 28, 2012

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
    G. Thomas Martin, III
    Attorney for Plaintiff

- 1 -